UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | | |
|---|---|---|
| IN RE: LAWMOWER ENGINE HORSEPOWER MARKETING AND SALES PRACTICE LITIGATION | ) ) ) ) | Case No. 2:08-MD-01999 |
| (This document relates to all cases) | ) ) | Judge Lynn Adelman |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Sweeney & Sweeney, S.C., by Patrick S. Sweeney, has been retained by and will appear as the attorneys for Rosalie Borgardts, Paul Palmer, Irving S. Bergrin, Cory A. Buye and Thomas Basie in the above-entitled action.

Dated this ___ day of June, 2010.

        **SWEENEY & SWEENEY, S.C.**
 /s/_____
        Patrick S. Sweeney
        Wisconsin State Bar No. 1020435
        Sweeney & Sweeney, S.C.
        440 Science Drive, Suite 101
        Madison, WI 53711
        Phone: (608) 238-4444
        Facsimile: (608) 238-8262